DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MACKENSON VERNET,** as Personal Representative of the
**ESTATE OF REMISE ULLIUS,** deceased,
Appellant,

v.

**MARTIN OUTDOOR MEDIA, INC.,** a Florida corporation, and **INSITE MARTIN OUTDOOR, LLC,** a Florida limited liability company, **THE CITY OF LAUDERDALE LAKES,** a municipal corporation of the State of Florida, and **MAAUN PRESSURE CLEANING, INC.,**
a Florida corporation,
Appellees.

No. 4D18-3664

[April 15, 2020]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. 14-009519(18).

Karen Parker of Karen B. Parker, P.A., Miami, and Ralph G. Patino of Patino & Associates, P.A., Coral Gables, for appellant.

Warren B. Kwavnick and Kelly Lenahan of Cooney Trybus Kwavnick Peets, PLC, Fort Lauderdale for appellee Maaun Pressure Cleaning, Inc.

PER CURIAM.

Affirmed. *See Slavin v. Kay*, 108 So. 2d 462 (Fla. 1958).

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

* * *

*Not final until disposition of timely filed motion for rehearing.*